

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Donald Jack Robertson II, Appellant

No. 06-18-00038-CR        v.

The State of Texas, Appellee

Appeal from the 6th District Court of
Lamar County, Texas (Tr. Ct. No. 26643).
Memorandum Opinion delivered by Justice
Moseley,* Chief Justice Morriss and Justice
Burgess participating.  *Justice Moseley,
Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Donald Jack Robertson II, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JANUARY 4, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk